**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7593**

SIMON NEWMAN,

             Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA,

             Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (1:07-cv-00121-IMK-JES)

Submitted:  February 25, 2009          Decided:  March 11, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Simon Newman, Appellant Pro Se.  Daniel W. Dickinson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Rita R. Valdrini, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Simon Newman appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Newman's complaint under the Federal Tort Claims Act, 28 U.S.C. §§ 2571–2680 (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Newman's motion to compel production of documents and affirm for the reasons stated by the district court. Newman v. United States, No. 1:07-cv-00121-IMK-JES (N.D. W. Va. July 22 & Aug. 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED